Affirmed and Memorandum Opinion filed February 1, 2007








Affirmed
and Memorandum Opinion filed February 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00221-CR

____________

 

BEN LEWIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District
Court

Harris County, Texas

Trial Court Cause No.
1057066

 



 

M E M O R A N D U M   O P I N I O N

Appellant
pled guilty to the offense of murder.  Punishment was assessed by the jury and
appellant and was sentenced on March 1, 2006, in accordance with the jury=s verdict, to confinement for fifty
years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a notice of appeal.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit. The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), presenting a professional evaluation of the record demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  On August 21, 2006,
appellant requested and was granted one extension of time to file a pro se
response, but he did not request a record view.  As of this date, more than
sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 1, 2007.

Panel consists of Justices Yates, Anderson, and
Hudson.

Do Not Publish C Tex. R. App. P.
47.2(b).